UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINCY L. BARNES,

       Plaintiff,

   -against-

CITY OF MOUNT VERNON; WCDOC;
MOUNT VERNON POLICE DEPT.' P.O.
OMAR BRYCE; P.O. SONJAE COLLINS; P.O.
CODY HOUSEN; P.O. CHRISTIAN
PACHECO; SGT. JOSEPH DIAZ,

       Defendant(s).

25-CV-9739 (KMK)

ORDER OF SERVICE

KENNETH M. KARAS, United States District Judge:

Plaintiff, currently detained at the Westchester County Jail, brings this *pro se* action under

42 U.S.C. § 1983, alleging that Defendants violated his federal constitutional rights.  By order

dated January 22, 2026, the Court granted Plaintiff's request to proceed without prepayment of

fees, that is, in forma pauperis ("IFP").[1]  (*See* Order (Jan. 22, 2026) (Dkt. No. 6).)

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the

Court and the U.S. Marshals Service to effect service.[2]  *Walker v. Schult*, 717 F.3d. 119, 123 n.6

(2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants City of Mount Vernon, Westchester County Department of Corrections, Mount Vernon Police Department, Omar Bryce, Sonjae Collins, Cody Housen, Christian Pacheco, and Joseph Diaz through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon the defendants.

If the Complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is respectfully directed to issue summonses for City of Mount Vernon, Westchester County Department of Corrections, Mount Vernon Police Department, Omar Bryce, Sonjae Collins, Cody Housen, Christian Pacheco, and Joseph Diaz, complete the USM-285 form with the address for Defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

3

The Clerk of Court is further directed to mail an information package to Plaintiff

SO ORDERED.

Dated:    January 23, 2026
          White Plains, New York

_____
KENNETH M. KARAS
United States District Judge

3

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.     City of Mount Vernon
       Law Department
       1 Roosevelt Square North
       Mount Vernon, NY 10550

2.     Mount Vernon Police Department
       2 Roosevelt Square
       Mount Vernon, NY 10550

3.     Westchester County Department of Corrections
       10 Woods Road
       Valhalla, NY 10595

4.     Officer Omar Bryce
       Mount Vernon Police Department
       2 Roosevelt Square
       Mount Vernon, NY 10550

5.     Officer Sonjae Collins
       Mount Vernon Police Department
       2 Roosevelt Square
       Mount Vernon, NY 10550

6.     Officer Cody Housen
       Mount Vernon Police Department
       2 Roosevelt Square
       Mount Vernon, NY 10550

7.     Officer Christian Pacheco
       Mount Vernon Police Department
       2 Roosevelt Square
       Mount Vernon, NY 10550

8.     Sergeant Joseph Diaz
       Mount Vernon Police Department
       2 Roosevelt Square
       Mount Vernon, NY 10550